# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DIXIE METAL PRODUCTS, INC.**                                                                                **PLAINTIFF**

v.                              **Case No. 4:18-cv-00076 KGB**

**HUFFMAN CONSTRUCTION, LLC,** *et al.*                                                         **DEFENDANTS**

## ORDER

Before the Court is a stipulation of dismissal with prejudice (Dkt. No. 24). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 29th day of May, 2020.

_____
Kristine G. Baker
United States District Judge